IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD DALE BARNES,         ) | |
|      ) | |
|    Plaintiff,      ) | |
|      )    CIVIL ACTION NO. | |
|    v.             )        2:15cv57-MHT | |
|      )               (WO) | |
| CORIZON MEDICAL SERVICES   ) | |
| and MR. ROMAIN, Doctor,    ) | |
|      ) | |
|    Defendants.    ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, the plaintiff, a state inmate suffering from back pain and blood in his urine, filed this case alleging that he has been denied needed medical treatment in violation of the Eighth Amendment.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied.  No objections have been filed.  Upon an independent and de novo review of the record, it is ORDERED as follows:

1. The recommendation of the United States Magistrate Judge (doc. no. 18) is adopted.

2. The plaintiff's motion for preliminary injunction (doc. no. 1) is denied without prejudice.

3. This case is referred back to the magistrate judge for further proceedings.

DONE, this the 31st day of March, 2015.

                                                            /s/ Myron H. Thompson\
                                          UNITED STATES DISTRICT JUDGE