IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONALD DALE BARNES,            )<br>                               )<br>    Plaintiff,              )<br>                               )         CIVIL ACTION NO.<br>    v.                         )            2:15cv57-MHT<br>                               )                (WO)<br>CORIZON MEDICAL SERVICES   )<br>and MR. ROMAIN, Doctor,    )<br>                               )<br>    Defendants.             ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about inadequate medical care received in prison.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of June, 2016.

                                   /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**